UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Hellenic Marine, LLC

V.

James J. Flanagan Shipping Corp.

Civil No. 1:23-cv-171

DEFAULT JUDGMENT

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against defendant(s): James J. Flanagan Shipping Corporation

based on the following:

1. Plaintiff(s) has/have certified to personal jurisdiction and service of process and that the defendant(s) is/are not an infant, incompetent person, in active military service of the United States of America or its officers or agents.

2. Defendant(s) has/have not appeared in this action.

3. The clerk's default of the defendant(s) was entered on  06/29/2023 .

4. The amount claimed is a sum certain in the amount of $30,682.84 .

Accordingly, judgment is hereby entered in favor of the plaintiff(s) in the amount of $ $30,682.84 , plus costs.

Date:  7/19/23

DAVID A. O'Toole, CLERK By:

Brenda Carter
Deputy Clerk

p:\dfltjgm